IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. 11-cv-01675-BNB

**OCT 1 7 2011**

PABLO AGUIRRE,

**GREGORY C. LANGHAM**
CLERK

     Plaintiff,

v.

CITY OF GREELEY POLICE DEPARTMENT,
OFFICER TONYA GUTIERRES, and
JESUS ALFREDO MOLINA,

     Defendants.

---

ORDER DRAWING CASE

---

     Upon completion of the court's review pursuant to D.C.COLO.LCivR 8.2C, the

court has determined that this case does not appear to be appropriate for summary

dismissal.  Therefore, the case will be drawn to a district judge and to a magistrate

judge.  *See* D.C.COLO.LCivR 8.2D.  Accordingly, it is

     ORDERED that this case shall be drawn to a district judge and to a magistrate

judge.

     DATED October 17, 2011, at Denver, Colorado.

               BY THE COURT:

               s/ Boyd N. Boland
               United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

### CERTIFICATE OF MAILING

Civil Action No. 11-cv-01675-BNB

Pablo Aguirre
Reg. No. 10426-091
FCI Safford
PO Box 9000
Safford, AZ 85548

    I hereby certify that I have mailed a copy of the **ORDER** to the above-named
individuals on October 17, 2011.


GREGORY C. LANGHAM, CLERK


By:_____
                Deputy Clerk